5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

v. Cory Charles Mitchell

Case No. 4:19-cr-00370-DCN-1

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Matthew Andrew Chivari**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Cory Charles Mitchell**.

The applicant hereby attests as follows:

1. Applicant resides in **Georgia**, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: please see attached

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Craig H. Durham**, a member in good standing of the bar of this court, of the firm of **Ferguson Durham, PLLC**, practices at the following office address and phone number: 223 N. 6th Street, Suite 325, Boise, Idaho 83702/ T: 208-724-2617

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **1** day of **December**, **2021**.

Applicant                                  Designee

Signed under penalty of perjury.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Allen Chivari

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/13/2021 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of November, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

**Court Admissions - Matthew Allen Chivari**

| Court | Admission Date | Status |
|---|---|---|
| U.S. District Court for the Central District of Illinois | 11/28/21 | Active |